**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PAULETTE SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORY HEALTHCARE, INC.,<br><br>Defendant. | CASE NO: 1:25-cv-04641-VMC<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISSAL OF THE UNCERTIFIED PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Paulette Simmons and Defendant Emory Healthcare, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff Paulette Simmons' individual claims asserted in this action against Defendant Emory Healthcare, Inc. are hereby DISMISSED WITH PREJUDICE.

2. The putative class allegations and all claims asserted on behalf of the uncertified putative class are hereby DISMISSED WITHOUT PREJUDICE. Because no class has been certified, this dismissal does not adjudicate or release the claims of any absent putative class member.

3. Each party shall bear its own attorneys' fees, costs, and expenses except as otherwise provided in the Confidential Settlement Agreement and General Release executed by the Parties.

4. This Joint Stipulation is entered pursuant to Rule 41(a)(1)(A)(ii) and is effective upon filing.

WHEREFORE, the Parties respectfully submit this Joint Stipulation of Dismissal.

Respectfully submitted,

Date: July 14, 2026

/s/ Jason M. Gordon

Georgia Bar No. 722539
Gordon@Law4GA.com
Law for Georgia, LLC
6075 Barfield Road
Sandy Springs, Georgia 30328
Telephone: (470) 222-8406
Facsimile: (470) 232-1098

*Attorney for Plaintiff*
*Paulette Simmons*

Consented by:

/s/ John S. Snelling
John S. Snelling
Georgia Bar No. 665759
Toni J. Read
Georgia Bar No. 140982
600 Peachtree Street, N.E., Suite 4700
Atlanta, GA 30308
(404) 567-6589 (telephone)
(404) 467-8845 (facsimile)
toni.read@lewisbrisbois.com
john.snelling@lewisbrisbois.com
Attorneys for Defendant
Emory Healthcare, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2026, I electronically filed the foregoing First Amended Complaint with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record who have appeared in this matter.

Respectfully submitted,

Date: July 14, 2026

/s/ Jason M. Gordon

Georgia Bar No. 722539
Gordon@Law4GA.com
Law for Georgia, LLC
*Attorney for Plaintiff*
*Paulette Simmons*